UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOWN OF POUGHKEEPSIE

                Plaintiff,

- against -

SOUTH ROAD HOSPITALITY LLC d/b/a RED ROOF PLUS, HUDSON CONFERENCE CENTER LLC, d/b/a HOLIDAY INN POUGHKEEPSIE and SANDIP PATEL

                Defendants.

**ORDER**

23-CV-04214 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The parties are each directed to file a letter by June 6, 2023, not to exceed 5 pages, as to why the Court should not remand this action for lack of subject matter jurisdiction.

**SO ORDERED.**

Dated:   White Plains, New York
         June 1, 2023

_____
PHILIP M. HALPERN
United States District Judge